(August 13, 1984)

■ In the Matter of the Claim of PATRICK M. FIALLA, Respondent, v FERDINAND A. STANCHI, Appellant, and UNINSURED EMPLOYERS' FUND, Respondent. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Since the decision of the board was interlocutory and decided neither all of the substantive issues nor any threshold legal issues (*Matter of Dubnoff v Feathers Sportswear,* 74 AD2d 989) it is not appealable at this stage of the proceeding. Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.